Benjamin Carter #1136352
Red Onion State Prison
P.O. Box 1900
Pound, VA, 24279

VA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE THE DEPARTMENT DOES
NOT ASSUME ANY RESPONSIBILITY
FOR IT'S CONTENTS

US POSTAGE
ZIP 24279 $ 002.11⁰
0000366944 FEB 21 2024

RECEIVED
DATE
FEB 21 2024
MAILROOM

Clerk, United States District Court
Eastern District Of Virginia
701 E. Broad Street, Suite #3000
Richmond, VA, 23219

"Legal Mail"